PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN #32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
KRYSTLE S. MCMULLAN, DCBN #242319
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4839
    krystle.mcmullan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| YVONNE BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-cv-01822-DMC<br><br>**STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. §§ 405(g), 1383(c)(3)** |

    The parties stipulate, subject to the approval of the Court, that this action shall be remanded to the Commissioner of Social Security pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. §§ 405(g), 1383(c)(3), sentence four.  Upon remand, the Appeals Council will instruct the Administrative Law Judge to perform a *de novo* review of the evidence, offer the claimant an opportunity for a new hearing, and issue a new decision.

    The parties further stipulate that the clerk shall enter judgment in favor of Plaintiff and against Defendant.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| DATE: May 15, 2023 |   | */s/ Francesco P. Benavides*<br>FRANCESCO P. BENAVIDES<br>Law Offices of Francesco Benavides<br>Attorney for Plaintiff<br>(*Authorized via email on behalf of Plaintiff on May 10, 2023) |
|   |   | PHILLIP A. TALBERT<br>United States Attorney<br>MATHEW W. PILE<br>Associate General Counsel<br>Social Security Administration |
| DATE: May 15, 2023 | By: | */s/ Krystle S. McMullan*<br>KRYSTLE S. MCMULLAN<br>Special Assistant U.S. Attorney |
|   |   | Attorneys for Defendant |

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2